SULAIMAN LAW GROUP, LTD.
Alexander J. Taylor, Esq.
California Bar No. 332334
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR G. SMITH, JR. and KERRI M. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>MAS FINANCIAL SERVICES, INC. and JOHN DOES 1-10,<br><br>Defendant. | Case No. **8:23-cv-00987-JWH-DFM**<br><br>**CERTFICATE OF SERVICE**<br><br>Complaint Filed: June 6, 2023 |

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SERVED

| | |
|---|---|
| ARTHUR G. SMITH, JR. and KERRI M. SMITH ) ) ) ) *Plaintiff(s)* ) v. ) ) MAS FINANCIAL SERVICES, INC. and JOHN DOES 1-10 ) ) ) *Defendant(s)* ) | Civil Action No. 8:23-cv-00987 JWH (DFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAS FINANCIAL SERVICES, INC.
501 PARKCENTER DR
SANTA ANA, CA 92705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 06/08/2023

*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **ARTHUR G. SMITH, JR. and KERRI M. SMITH**  )<br>)<br>*Plaintiff*  )<br>)<br>v.  )<br>)<br>)<br>**MAS FINANCIAL SERVICES, INC. and JOHN DOES 1-10**  )<br>)<br>)<br>*Defendant* | Civil Action No. 8:23-cv-00987 JWH (DFMx) |

## AFFIDAVIT OF SERVICE

I, Ruven Lupovici, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on MAS Financial Services in Orange County, CA on July 6, 2023 at 11:03 am at MAS Financial Services, Inc., 501 N Parkcenter Dr, Santa Ana, CA 92705 by leaving the following documents with Maribel Torres who as Manager is authorized by appointment or by law to receive service of process for MAS Financial Services.

Summons in a Civil Action
Complaint for Damages
Standing Order
Notice of Assignment to United States Judges

Additional Description:
I served Maribel Torres who was authorized to accept the serve.

Hispanic or Latino Female, est. age 45, glasses: N, Black hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=33.7491760254,-117.8360125759
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Orange County

CA    on    7/10/2023

/s/ *Ruven Lupovici*

Ruven Lupovici - +1 (888) 673-7833
Registration No.: 5097
Registration County: Orange